IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00211-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDREW THOMAS GUNZNER,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is **ORDERED** that the change of plea hearing in this matter is re-set for **July 12, 2010 at 1:00 p.m.** All other provisions of the June 8, 2010 Minute Order [Docket No. 30] shall remain in force. It is further

    **ORDERED** that the jury trial scheduled for **June 28, 2010** is VACATED.

    DATED June 16, 2010.