IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00211-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANDREW THOMAS GUNZNER,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a restitution hearing is set for **March 31, 2011 at 9:00 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.  It is further

    ORDERED that no later than fourteen days before the hearing the government shall file its witness and exhibit lists and make exhibits available to defense counsel for inspection.   It is further

    ORDERED that no later than seven days before the hearing counsel for the defendant shall file witness and exhibit lists.

    DATED February 17, 2011.